# UNITED STATES DISTRICT COURT

Southern                **DISTRICT OF**                Texas

United States of America

**WAIVER OF INDICTMENT**

v.

**Case Number:**    **4:26-cr-104**

SAMUEL JAMES HALL

Defendant(s)

**WAIVER OF INDICTMENT**

I,          SAMUEL JAMES HALL          , the above-named defendant, who is accused of

Ct. 1: Voting by Aliens [18 U.S.C. § 611(a)]

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waived in open court on _____ prosecution by indictment and consent
                              *Date*
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
                 Judicial Officer