| USA-74-24B (Rev. 05/01) | CRIMINAL DOCKET | No. **4:26-cr-104** |
|---|---|---|
| **HOUSTON DIVISION** | United States Courts Southern District of Texas FILED | |
| USAO Number: 2025R16874 | | |
| Magistrate Number: | *March 02, 2026* | |
| CRIMINAL INFORMATION | Filed Nathan Ochsner, Clerk of Court | Judge: **Eskridge** |

**UNITED STATES of AMERICA**
vs.
**SAMUEL JAMES HALL**

ATTORNEYS:
**Nicholas J. Ganjei, USA**   **(713) 567-9000**
Liesel Roscher, AUSA   (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Voting by Aliens [18 U.S.C. § 611(a)]

**PENALTY:** Ct. 1: Not more than 1 year of imprisonment and or a fine up to $100,000, and not more than 1 year SRT, $25 SA

☐ In Jail
☐ On Bond
[XX] No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: