United States Courts
Southern District of Texas
FILED
*March 02, 2026*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO. 4:26-cr-104** |
| **SAMUEL JAMES HALL** | § § | |

### REQUEST FOR ISSUANCE OF SUMMONS

COMES NOW the United States of America, by and through Nicholas Ganjei, United States Attorney, and Liesel Roscher, Assistant United States Attorney for the Southern District of Texas, and requests this Honorable Court to order issuance of a SUMMONS for defendant **SAMUEL JAMES HALL**.

A Criminal Information has been filed against the defendant, and it is requested that a summons be issued for the appearance of the defendant, by providing service to his attorney at the following address:

**James Alston**
**Law Offices of James Alston**
**1415 North Loop West, Ste 905**
**(713) 228-1400**
jamesalstonPC@outlook.com

      **Respectfully submitted**,
      NICHOLAS J. GANJEI
      United States Attorney

      */s/ Liesel Roscher*

      Liesel Roscher
      Assistant United States Attorney