AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

RECEIVED
UNITED STATES MARSHAL
2026 MAR -3 AM 5:44
SOUTHERN DIST. S/TX

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| versus | § | |
| | § | Criminal No. 4:26-cr-00104-1 |
| Samuel James Hall | § | |
| | § | |

C/o James Ray Alston 1415 North Loop West Suite 905 Houston, TX 77008 713-228-1400 Email: jamesalstonpc@outlook.com

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation ☐ Pretrial Release Violation ☐ Supervised Release Violation ☐ Violation Notice ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location: Courtroom 702
Date and Time: 3/11/2026 at 02:00 PM

This offense is briefly described as follows:
**Ct. 1: Voting by Aliens [18 U.S.C. § 611(a)]**

United States Courts
Southern District of Texas
FILED

MAR 05 2026

Nathan Ochsner, Clerk of Court

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: March 2, 2026

_Issuing officer's signature_
G. Kelner, Deputy Clerk

I declare under penalty of perjury that I have:

☒ Executed and returned this summons. ☐ Returned this summons unexecuted.

Date: 3/3/26

_Server's signature_

Jason Cullingsred DUSM
Printed name and title

Served Attorney James Alston Electronically.