UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:26-CR-00104 |
| | § | |
| Samuel James Hall | § | |

## CONSENT TO ADMINISTRATION OF GUILTY
## PLEA BY UNITED STATES MAGISTRATE JUDGE

I, **Samuel James Hall** the Defendant in this cause, with the advice and counsel of my

attorney, **James Alston,** hereby agree and consent to be advised of my rights and enter a

voluntary plea of guilty before the **Honorable Christina Bryan**, United States Magistrate Judge

for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject

to approval and final acceptance by the **Honorable Charles R. Eskridge,** United States District

Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be

conducted by the **Honorable Charles R. Eskridge.**

Signed on this 28th day of MAY ,2026 at Houston, Texas.

**Samuel James Hall**
Defendant's Name

_____
Defendant

_____
Attorney for Defendant
JAMES Alstow

_____
Assistant United States Attorney

1 / 1