**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.   4:26-cr-104** |
| | § | |
| **SAMUEL JAMES HALL,** | § | |
| **Defendant.** | § | |

## SENTENCING DATA SHEET

DEFENDANT'S
IMMIGRATION
STATUS:            U.K. / British Citizen (U.S. Permanent Resident)

GUILTY PLEA:     Count One Information: Illegal Voting by Aliens, 18 U.S.C. § 611(a)

SUBSTANCE       Pursuant to Rule 11(c)(1)(A), the Defendant agrees to plead guilty to
OF PLEA          Count One  of the Information.   The Government will not oppose the
AGREEMENT:     Defendant's   request   for   full   acceptance   of   responsibility.   The
Defendant   waives   his   right   to   appeal   and   collaterally
attack his conviction.

COUNT ONE:       Illegal Voting by Aliens. 18 U.S.C. § 611(a).

ELEMENTS:

   **First**:       That the defendant was an alien at the time alleged in the information; and

   **Second**:     That the defendant knowingly voted in an election; and

   **Third**:       That one purpose of the election in question was to elect a candidate for the office of either President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner.

   PENALTY:    Term of imprisonment not to exceed 1 year; term of supervised release up to 1 year; fine not to exceed $100,000; and $25 special assessment.

RESTITUTION:                         Not applicable

FORFEITURE:                          Not applicable

ALTERNATIVE                          Not applicable
FINE BASED ON
GAIN OR LOSS:

SENTENCING
GUIDELINES:                          Advisory

SPECIAL                              $25 Count One
ASSESSMENT:

ATTACHMENTS:                         Plea Agreement and Factual Basis