United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | CRIMINAL NO. |
| | § | 4:26–cr–00104 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| Samuel James Hall | § | |

Order for Presentence Investigation,
Disclosure, and Sentencing Dates

The defendant has been found *guilty*. The Court ORDERS a presentence report and further proceedings as follows.

1. August 18, 2026 — The probation officer must disclose the initial presentence report to counsel.

2. September 1, 2026 — Counsel must object in writing to the facts used and application of the guidelines, or state that there is no objection.

3. September 15, 2026 — The probation officer must submit the final presentence report with an addendum addressing contested issues.

4. September 22, 2026, at 10:30 AM — **SENTENCING** Appear in Courtroom 9F before Judge Charles Eskridge. *Defendant must be present in person.*

For counsel to attend interviews with the defendant, tell the United States Probation Officer immediately. Within 5 days, counsel must supplement that oral request with one in writing.

A defendant who is on bond must take a copy of this Order and go immediately to:

United States Probation Department
515 Rusk Street, Room 2301
Houston, Texas
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed on May 29, 2026, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge